Dennis K. WILKERSON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 554, 2015

Supreme Court of Delaware.

Submitted: January 11, 2016
Decided: February 1, 2016

DISMISSED.